## Commonwealth ex rel. Barnes, Appellant, v. Barnes.

Argued March 21, 1973. *Leonard J. Tripodi,* with him *Tripodi & Toal,* for appellant; *John R. Graham,* for appellee.
Order affirmed.

## Commonwealth ex rel. Brown v. Brown, Appellant.

Argued March 22, 1973. *David E. Auerbach,* for appellant; *Lawrence Prattis,* for appellee.
Order affirmed.

## Commonwealth ex rel. Carlson, Appellant, v. Carlson.

Argued March 20, 1973. *Mark Charleston,* with him *Charleston & Fenerty,* for appellant; *Edwin L. Scherlis,* with him *Frank and Margolis,* for appellee.
Order affirmed.